JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOTON CHAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES A. YATES, Warden,<br><br>　　　　　Respondent. | Case No. CV 07-729-DSF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: 2-8-10

　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　United States District Judge

Prepared by:

/s/ Oswald Parada
HONORABLE OSWALD PARADA
United States Magistrate Judge